IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES D. GRISSOM, JR.                                                                              PLAINTIFF

v.                                              Case No. 4:15-cv-04054

RICHARD W. DREILING, Chairman and
Chief Executive Officer of Dollar General Inc.;
LOUISE (or LOUIS) JOY GRAHAM, Manager, Dollar
General Store #1, 1305 Dudley Street, Texarkana,
Arkansas; OFFICER EDWARD CHATTAWAY
#910, Texarkana Police Department (TPD) (Arkansas);
OFFICER ALLEN JOHNSON, TPD; CAPTAIN
GLENN M. LINKEDLN, (TPD); and DOLLAR
GENERAL, INC.                                                                                        DEFENDANTS

**ORDER**

  Before the Court is the Report and Recommendation filed August 27, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) and subsequent addendum (ECF No. 6) be dismissed, as the claims asserted are not presently cognizable under 42 U.S.C. § 1983, the Complaint fails to state claims upon which relief may be granted, and no basis for federal jurisdiction exists. Plaintiff filed objections to the Report and Recommendation six days after the time set by the Court for objections to be filed. (ECF No. 8). While Plaintiff's objections were filed late, the Court has elected to consider them. After reviewing the record *de novo*, the Court adopts Judge Bryant's Report and Recommendation as its own.

  Plaintiff makes many objections to the recommended dismissal of his Complaint and Addendum. (ECF No. 8). However, Plaintiff's objections are not directly responsive. Plaintiff states that he has "no knowledge of the grounds and/or reasons used to deny his complaint," but he does not specifically address any of the legal issues discussed in the Report and Recommendation. Upon review

of the Report and Recommendation, the Court finds that Judge Bryant clearly and thoroughly set forth the legal grounds and reasons for dismissal of Plaintiff's Complaint. The Court will not repeat that analysis here.

The Court overrules Plaintiff's objections and adopts Judge Bryant's Report and Recommendation (ECF No. 7) *in toto*. For the reasons stated above, as well as those contained in the Report and Recommendation, Plaintiff's Complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 8th day of January, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge